IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

CALVIN MAYNOR,

    Plaintiff,

v.                                                        CASE NO. 4:13-cv-336-MW-GRJ

PAMELA JO BONDI,

    Defendant.

_____/

## REPORT AND RECOMMENDATION

The Court ordered Plaintiff to either pay the $400 filing fee or file a motion for leave to proceed as a pauper on or before June 19, 2013. (Doc. 6.) Plaintiff did not comply, and the Court ordered Plaintiff to show cause on or before August 26, 2013, as to why this case should not be dismissed for failure to prosecute and failure to comply with an order of the Court. As of the date of this Report and Recommendation, Plaintiff has failed to respond to the show cause order.

Accordingly, it is respectfully **RECOMMENDED** that this case be dismissed for failure to prosecute and that all pending motions be terminated and the case closed.

**IN CHAMBERS** this 17th day of September 2013.

*s/ Gary R. Jones*
GARY R. JONES
United States Magistrate Judge

**NOTICE TO THE PARTIES**

A party may file specific, written objections to the proposed findings and recommendations within 14 days after being served with a copy of this report and recommendation. A party may respond to another party's objections within 14 days after being served with a copy thereof. Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.