## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF FLORIDA
## TALLAHASSEE DIVISION

**CALVIN MAYNOR,**

        **Plaintiff,**

**v.**                              **CASE NO.  4:13-cv-336-MW/GRJ**

**PAMELA JO BONDI,**

        **Defendant.**

_____/

## ORDER ACCEPTING AND ADOPTING REPORT AND <u>RECOMMENDATION</u>

ThIS Court has considered the Magistrate's Report and Recommendation, ECF No. 12, filed September 17, 2013.  No timely response having been received from the Plaintiff, upon consideration,

IT IS ORDERED:

The report and recommendation is **accepted and adopted** as the Court's opinion.

The Clerk shall enter judgment stating, "This case is **DISMISSED f**or failure to prosecute.  Any pending motions must be terminated and the case closed."

**SO ORDERED on October 8, 2013.**

                           **s/Mark E. Walker**_____
                           **United States District Judge**